*ican Express Inc.* v. *McMahon, ante*, p. 220.

No. 86–321. DEAN WITTER REYNOLDS INC. ET AL. *v.* CONOVER. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante*, p. 220.

No. 86–487. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. *v.* JACOBSON ET AL.;

No. 86–543. PAINE, WEBBER, JACKSON & CURTIS, INC., ET AL. *v.* BURRIS; and

No. 86–559. DEAN WITTER REYNOLDS INC. *v.* BLUMENTHAL. C. A. 3d Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante*, p. 220. Reported below: 797 F. 2d 1197.

No. 86–591. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. *v.* BADART ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante*, p. 220.

No. 86–668. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* DELMAN. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante*, p. 220.

No. 86–897. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* WILSON ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bowen* v. *Yuckert, ante*, p. 137.

No. 86–1160. SHEARSON LEHMAN BROTHERS, INC., ET AL. *v.* MAYAJA, INC., ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante*, p. 220.